UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62794-CIV-ALTONAGA/O'Sullivan

**MANAR AMIREH**,

    Plaintiff,

v.

**CAVALRY PORTFOLIO SERVICES, LLC**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On December 7, 2016, the Court entered an Order . . . ("Order") [ECF No. 6], requiring the parties to prepare and file a joint scheduling report, certificates of interested parties, and corporate disclosure statements by December 30, 2016. To date, the parties have failed to file a joint scheduling report, and Defendant, Cavalry Portfolio Services, LLC, has failed to file its certificate of interested parties and corporate disclosure statement containing a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to the party. Accordingly, it is

**ORDERED AND ADJUDGED** that by **January 6, 2017**, the parties shall comply with the Order, failing which the case will be dismissed without further notice.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of January, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record